**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**PATRICIA JACKSON**                                                                          **PLAINTIFF**

VS.                                        **4:13CV0094-BRW**

**ALLSTATE INSURANCE COMPANY**                                      **DEFENDANT**

**JUDGMENT ON JURY VERDICT**

This action came on for trial February 25, 2014, before the Court and a jury, the Honorable Billy Roy Wilson, United States District Judge, presiding. At the conclusion of the evidence, the issues having been duly tried, and after deliberating thereon, the jury returned a verdict on February 27, 2014 in favor of the defendant, Allstate Insurance Company.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Patricia Jackson, take nothing on her complaint against the defendant, Allstate Insurance Company, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 4th day of March, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE